IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 95-73-1 |
| CHARLES PERNELL RIDDICK, SR. | : |

**<u>ORDER</u>**

AND NOW, this 14th day of January, 2022, it is hereby ORDERED that Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 546) is DENIED.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,        C.J.